IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARY CLEO COUICK,<br><br>    Plaintiff,<br><br>  vs.<br><br>WYETH, INC., ACTIVUS, INC., ACTAVIS ELIZABETH, LLC, SCHWARZ PHARMA, INC., PLIVA USA, INC.,<br><br>    Defendants. | No.: 3:09-CV-210-RJC-DSC |

## ORDER GRANTING ADMISSION PRO HAC VICE

The Applications by Defendant PLIVA, Inc. for the admission *pro hac vice* of Tiffany Reece Clark, Rex A. Littrell, Joseph Thomas and Linda E. Maichl (documents ## 29-32), having been reviewed by this Court, and the named individuals having been found to be in compliance with the necessary requirements for such admission, are hereby **GRANTED**.

**SO ORDERED**.   Signed: October 7, 2009

_____
David S. Cayer
United States Magistrate Judge