IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV210-RJC-DSC

| | |
|---|---|
| MARY CLEO COUICK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WYETH, INC., et. al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Hugh M. Stanley and Richard A. Dean]" (documents ##49 and 50) filed January 7, 2010. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 7, 2010

David S. Cayer
United States Magistrate Judge