# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Mary Cleo Couick,                    JUDGMENT IN A CIVIL CASE

Plaintiff(s), vs.                    3:09cv210

Wyeth, Inc. Et al.,

Defendant(s).


DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment in favor of Defendants Wyeth, Inc. and Schwarz Parma, Inc. only is hereby entered in accordance with the Court's 5/6/10 Order.


May 6, 2010                          FRANK G. JOHNS, CLERK

                                     _____C. Huntley_____
                              BY:
                                     Cynthia Huntley, Deputy Clerk