IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV210-RJC-DSC

| | | |
|---|---|---|
| MARY CLEO COUICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ACTIVUS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Daniel J. McGlynn, William B. Curtis, and Terrence J. Donahue, Jr.]" (documents ##66-68) filed October 20, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: October 24, 2010

David S. Cayer
United States Magistrate Judge